# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**AKEED ALOMARI and**
**MOHAMED ALQAIFI**                                                                             **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO.: 4:24-cv-81-DMB-JMV**

**SOUTH JEFFERSON APARTMENS, LLC**                                **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the plaintiffs have moved to remand this case to state court [6], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the motion to remand. Should the parties desire to undertake remand related discovery they should first contact the court for scheduling of same. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 11th day of September, 2024.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**